**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**SIKHS FOR JUSTICE, *et al.*,**

**Plaintiffs,**

**v.**

**MANMOHAN SINGH,**

**Defendant.**

**Civil Action No. 13-1460 (JEB)**

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs Sikhs for Justice and John Doe are DISMISSED WITHOUT PREJUDICE;
2. Plaintiffs' Motion to Deny Immunity [13] is GRANTED IN PART and DENIED IN PART; and
3. Plaintiffs' claims relating to Defendant Singh's acts as Prime Minister are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: August 19, 2014